Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
(516) 303-0552

United States District Court
Eastern District of New York                    2:19-cv-02488-SJF-AKT

Kenneth Copeland, John Doe individually
and on behalf of all others similarly situated

                              Plaintiff

              - against -                       Notice of Voluntary Dismissal

Post Consumer Brands, LLC

                              Defendants

        Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    August 23, 2019

                                        Respectfully submitted,

                                        Sheehan & Associates, P.C.

                                        /s/Spencer Sheehan
                                        Spencer Sheehan
                                        505 Northern Blvd., Suite 311
                                        Great Neck, NY 11021
                                        (516) 303-0552
                                        spencer@spencersheehan.com
                                        E.D.N.Y. #  SS-8533
                                        S.D.N.Y. #  SS-2056

2:19-cv-02488-SJF-AKT
United States District Court
Eastern District of New York

Kenneth Copeland, John Doe individually and on behalf of all others similarly situated

                                    Plaintiff


          - against -


Post Consumer Brands, LLC

                                    Defendants


## Notice of Voluntary Dismissal


Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800


Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  August 23, 2019

                                              /s/ Spencer Sheehan
                                              Spencer Sheehan