Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
(516) 303-0552

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 26 2019 ★

LONG ISLAND OFFICE

United States District Court
Eastern District of New York

2:19-cv-02488-SJF-AKT

| Kenneth Copeland, John Doe individually and on behalf of all others similarly situated |
|---|
| Plaintiff |
| - against - |
| Post Consumer Brands, LLC |
| Defendants |

Notice of Voluntary Dismissal

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 23, 2019

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
505 Northern Blvd., Suite 311
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com
E.D.N.Y. # SS-8533
S.D.N.Y. # SS-2056

8/26/2019: The Clerk of Court is directed to close this case. SO ORDERED
/s/ Sandra J. Feurstein
Sandra J. Feuerstein, U.S.D.J.